| | |
|---|---|
| United States District Court<br>Eastern District of New York | 1:20-cv-01703-RJD-RER |//
| Glennette Miller, Saskia Armitage, individually and on behalf of all others similarly situated,<br><br>                              Plaintiffs,<br><br>         - against -<br><br>Wegmans Food Markets, Inc.,<br><br>                              Defendant | Notice of Voluntary Dismissal |

Plaintiffs give notice this action is voluntarily dismissed. Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated:   February 22, 2021

                                                            Respectfully submitted,

                                                            Sheehan & Associates, P.C.

                                                            /s/Christopher Patalano
                                                            Christopher Patalano
                                                            60 Cutter Mill Rd Ste 409
                                                            Great Neck NY 11021-3104
                                                            Tel: (516) 268-7080
                                                            Fax: (516) 234-7800
                                                            cpatalano@spencersheehan.com

The Clerk of the Court is directed to
close this case.
SO ORDERED.
2/24/2021
    /S/  Raymond J. Dearie

1:20-cv-01703-RJD-RER
United States District Court
Eastern District of New York

Glennette Miller, Saskia Armitage individually and on behalf of all others similarly situated,

Plaintiffs,

- against -

Wegmans Food Markets, Inc.,

Defendant

## Notice of Voluntary Dismissal

```
Sheehan & Associates, P.C.
 60 Cutter Mill Rd Ste 409
  Great Neck NY 11021-3104
     Tel: (516) 268-7080
     Fax: (516) 234-7800
```

Pursuant to 22 NYCRR 130-1.1, the undersigned, an attorney admitted to practice in the courts of New York State, certifies that, upon information, and belief, formed after an inquiry reasonable under the circumstances, the contentions contained in the annexed documents are not frivolous.

Dated: February 22, 2021

                                                       /s/ Christopher Patalano
                                                        Christopher Patalano

Certificate of Service

I certify that on February 22, 2021, I served or transmitted the foregoing by the method below to the persons or entities indicated, at their last known address of record (blank where not applicable).

|  | CM/ECF | First-Class Mail | Email |
|---|---|---|---|
| Defendant's Counsel | ☒ | ☐ | ☐ |
| Plaintiffs' Counsel | ☒ | ☐ | ☐ |

    /s/ Christopher Patalano
Christopher Patalano